# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

146951(48)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DARREN FINDLING, Successor Personal
Representative of the Estate of FRANK E.
EARLY, Deceased,
           Plaintiff-Appellant,

v

                               SC: 146951
                               COA: 307442

JEFFREY PARKER, M.D.,
           Defendant-Appellee.
                               Oakland CC: 2008-096920-NH

_____/

      On order of the Court, the motion for reconsideration of this Court's July 30, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk